In the Matter of FRED BRENCHLEY, Appellant, against TRUST COMPANY OF NORTH AMERICA, Respondent.

(Argued October 3, 1935; decided October 22, 1935.)

*Frank Delaney* and *Michael J. Kiely, Jr.,* for appellant.

*Harold Wisan, Charles Goldman* and *Harold Dublirer* for respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.